AO 91 Criminal Complaint - Revised 4/20

# UNITED STATES DISTRICT COURT
### for the
### District of Connecticut

United States District Court
District of Connecticut
FILED AT NEW HAVEN

_____3/4_____ ,20_26_

By_____N. Langello_____
Deputy Clerk

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| JOHN O'ROURKE, | ) |
| a.k.a. John O'Rouke, John Casey, Michael Casey, | ) |
| John Joyce, Robert Davanzo, David Collins, and | ) |
| James McCormack | ) |
| | ) |

Case No. 3:26-mj-230 RMS

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of     February 18, 2025     in the county of     Fairfield     in the

_____ District of     Connecticut     , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry of a Removed Alien |

This criminal complaint is based on these facts:

See attached affidavit of Homeland Security Investigations (HSI) Special Agent Geoffrey Goodwin, which is incorporated herein by reference.

☑ Continued on the attached sheet.

GEOFFREY M GOODWIN

Digitally signed by GEOFFREY M GOODWIN
Date: 2026.03.04 12:08:36 -05'00'

*Complainant's signature*

Geoffrey Goodwin, Special Agent, HSI

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Teams (specify reliable electronic means).

Date:     03/04/2026

Robert M Spector

Digitally signed by Robert M Spector
Date: 2026.03.04 14:55:36 -05'00'

*Judge's signature*

City and state:     New Haven, Connecticut

Hon. Robert M. Spector, USMJ

*Printed name and title*