United States District Court
District of Connecticut
FILED AT NEW HAVEN

_____3/4_____,20 26

By____N. Langello____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STATE OF CONNECTICUT | : | ss: New Haven, Connecticut |
| | : | |
| | : | 3:26-mj-230 RMS |
| | : | |
| COUNTY OF NEW HAVEN | : | March 4, 2026 |

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

I, Geoffrey Goodwin, being duly sworn, deposes and states as follows:

### INTRODUCTION

1.     I am a Special Agent with Immigration and Customs Enforcement ("ICE"), Homeland Security Investigations ("HSI"). I have been a Special Agent with HSI since February 2006 and am currently assigned to the Hartford, Connecticut Office of Investigations. As a Special Agent with HSI, I have conducted and participated in investigations involving violations of the Immigration and Nationality Act, including violations of Title 18, United States Code, Section 1326(a), Re-Entry After Deportation. I have further obtained and executed both search and arrest warrants. As an HSI Special Agent, I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code. That is, I am an officer of the United States, who is empowered by law to conduct investigations of and make arrests for offenses enumerated in Title 18 of the United States Code.

2.     I make this affidavit in support of an application for a criminal complaint and an arrest warrant for John O'ROURKE ("O'ROURKE"), a.k.a. John O'Rouke, John Casey, Michael Casey, John Joyce, Robert Davanzo, David Collins, and James McCormack. O'ROURKE is an adult male with his immigration records, passport, and criminal arrest history listing various dates of birth in 1990, 1994, and 1998. He is a native and citizen of the United Kingdom of Great Britain and Northern Ireland, and has an Alien Registration Number, known to me, ending in 114. He is

not a citizen or national of the United States of America.

3.        Based on the facts set forth below, I submit that there is probable cause to believe, and I do believe, that O'ROURKE illegally reentered the United States after having been previously removed from the United States, in violation of 8 U.S.C. § 1326(a).  Accordingly, I make this affidavit in support of a criminal complaint charging O'ROURKE with a violation of 8 U.S.C. § 1326(a), and in support of the issuance of an arrest warrant authorizing his arrest.

4.        The statements contained in this affidavit are based in part on information provided by other members of local, state, and federal law enforcement; my own investigation to include personal observations, documents and other investigative materials that I have reviewed; and my training and experience. Since this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the requested criminal complaint and arrest warrant.

## STATUTORY AUTHORITY

5.        This investigation concerns a violation of 8 U.S.C. § 1326(a), which prohibits previously deported aliens from reentering or being found in the United States without the prior permission of the Attorney General of the United States, or his or her successor, the Secretary of the Department of Homeland Security, to reapply for admission to the United States.

## PROBABLE CAUSE

6.        The Department of Homeland Security, United States Citizenship and Immigration Services ("USCIS") maintains an alien registration administration file, commonly referred to as an "A-file," with Alien Registration Number, known to me, ending in 114, on O'ROURKE. This file is the official immigration file maintained by USCIS and is a consolidated repository of all known

2

immigration contacts with O'ROURKE. It contains documents pertaining to his identity and alienage, including a copy of a Passport bearing a number known to me ending in 0438 issued by the United Kingdom of Great Britain and Northern Ireland.  That same Passport bears the name John O'ROURKE and a date of birth, known to me, in 1998.

7.      O'ROURKE's A-File contains official immigration records of the Department of Homeland Security. Additionally, on or about February 24, 2025, I reviewed additional records contained within USCIS's Person Centric Query System ("PCQS"), a consolidated database which includes immigration records.

8.      These records show that on or about October 7, 2024, United States Border Patrol ("USBP") Agents apprehended O'ROURKE and four other individuals near Fort Covington, New York, which is near the United States and Canada border. A report from that encounter listed his name as "John O Rouke" with aliases "John Joyce" and "John Casey." The Federal Bureau of Investigation ("FBI") number assigned to him was listed as 9MHJJKPAR.

9.      On or about October 8, 2024, USBP initiated Expedited Removal proceedings against O'ROURKE and issued him a form I-860, Notice and Order of Expedited Removal, which found him inadmissible to the United Stated and ordered him removed the United States. The form listed O'ROURKE's name as "John O Rouke," a.k.a. "John Joyce" and "John Casey."

10.      USBP also issued O'ROURKE a form I-296, Notice to Alien Ordered Removed/Departure Verification. The form listed O'ROURKE's name as "John O Rouke." A USBP agent completed and signed the "Verification of Removal" section of the form verifying that O'ROURKE was physically removed from the United States on or about October 15, 2024, by foot from New York to Canada. O'ROURKE's fingerprint and photograph were recorded on the form prior to his removal. O'ROURKE signed the form next to his photograph and fingerprint.

3

11.     The top half of the form advised O'ROURKE that he could not return to the United States for a period of five (5) years without advanced permission of the United States government. Specifically, the form states, "WARNING FOR ALL REMOVED ALIENS: It is a crime under Title 8, United States Code, Section 1326, for an alien who has been removed from the United States to enter, attempt to enter, or be found in the United States without the Secretary of Homeland Security's express consent.  Depending on the circumstances of the removal, conviction for this crime can result in imprisonment of a period of from 2 to 20 years and/or a fine up to $250,000.00 (United States Dollars)."

12.     Criminal history records show that, on or about February 18, 2025, O'ROURKE was arrested under the name "John Casey" by the Bridgeport, Connecticut Police Department for state offenses, including Evading Responsibility for Felony Injury/Property Damage and Second Degree Misdemeanor Breach of Peace. Fingerprints taken during the booking process from that arrest matched the fingerprints associated with FBI number 9MHJJKPAR, which is the FBI number assigned to O'ROURKE. That case remains pending and an arrest warrant for his rearrest was issued on or about April 2, 2025, for his failure to appear in court.

13.     Criminal history records also show the following additional arrests in pending cases for an individual having fingerprints matching the fingerprints associated with FBI number 9MHJJKPAR, which is the FBI number assigned to O'ROURKE:

  a. On or about January 20, 2026, an individual with fingerprints that matched FBI number 9MHJJKPAR was arrested under the name "John Joyce" in Snohomish County, Washington, while operating a vehicle bearing Illinois license plates, with a suspended registration in the name of John Casey. He was charged with Driving Under the Influence, Obstructing a Law Enforcement Officer, and

Making False Statements to a Public Servant. That case still appears to be pending.

b. On or about December 10, 2025, an individual with fingerprints that matched FBI number 9MHJJKPAR was arrested under the name "Robert Davanzo" by the Linden, NJ Police for Simples Assault and Hindering/Giving False Information to Law Enforcement. The disposition of that case is not currently known to me.

c. On or about September 8, 2025, an individual with fingerprints that matched FBI number 9MHJJKPAR, was arrested under the name "John Joyce" in Everett, Washington for Misdemeanor Reckless Driving. That case still appears to be pending.

d. On or about November 22, 2023, an individual with fingerprints that matched FBI number 9MHJJKPAR was arrested under the name "John Joyce" by the Suffolk County, New York, Police Department, for Criminal Trespass 3rd degree: Property Fenced in or Enclosed. Records indicate that an open bench warrant still exists in that case.

14. I am also aware that on or about November 25, 2025, a judge in the State of Connecticut Superior Court in Danbury signed an arrest warrant charging O'ROURKE with conspiracy to commit Larceny in the Fifth Degree. The underlying conduct for that offense occurred on or about November 15, 2025, in Danbury, Connecticut. That warrant remains open.

15. In addition, on or about February 25, 2026, a judge in the State of Connecticut Superior Court in Torrington signed an arrest warrant charging O'ROURKE under the name "John Casey," and listing an a.k.a. of O'ROURKE and "John Joyce," with Larceny in the First Degree,

Making Home Improvements without a Valid Home Improvement Certificate, and Mispresenting or Impersonating a Registered Contractor. The underlying conduct for those offenses occurred from on or about October 23 to October 25, 2025, in Torrington, Connecticut.[1]

16.    On or about the night of March 2, 2026, local police in Pleasonton, California located O'ROURKE at a motel and arrested him on the Torrington arrest warrant discussed in the preceding paragraph. He is currently in California state custody, under the name "John Casey," pending extradition proceedings to have him extradited to Connecticut on the Torrington arrest warrant.

17.    On or about February 12, 2026, USCIS issued a Certificate of Nonexistence of Record relating to O'ROURKE, stating that there was no record that O'ROURKE had ever applied for permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States after being removed. In addition, HSI Special Agent (SA) Jacob Black from the HSI Blaine, Washington Office conducted a complete and thorough review of A-File, A-241094114 assigned to O'ROURKE and found that, as of February 23, 2026, the A-File contained no evidence that O'ROURKE had ever applied for or received permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States after being removed.

---

[1]    According to the affidavit in support of that warrant, the affiant—a member of the Torrington Police Department—spoke with police in Surrey, England, who confirmed that "John Casey" has been wanted on a recall to prison since August 2024 and flew to Canada under the name John O'Rourke before entering the United States, and that Casey has an extensive history of violent domestic incidents. According to publicly available news articles and the publicly available Facebook page for the Surrey police, "John Casey" has been wanted by the Surrey police, and the articles and Facebook page contain a picture of "John Casey." *See* https://www.facebook.com/RunnymedePolice/posts/we-are-refreshing-our-appeal-to-locate-wanted-man-john-casey-john-26-from-egham-/1110463374458698/; https://www.getsurrey.co.uk/news/surrey-news/call-police-you-see-egham-31491476; https://www.getsurrey.co.uk/news/surrey-news/surrey-police-hunt-wanted-man-30314140.

Based on my review of those pictures, the picture of O'ROURKE recorded on the Warrant of Removal/Deportation executed on or about October 15, 2024, when O'ROURKE was previously removed from the United States, and my training and experience, I believe that the pictures are of the same person and that O'ROURKE is the "John Casey" that is wanted by local police in the United Kingdom.

18.     On or about February 26, 2025, a fingerprint specialist with the HSI Forensic Laboratory confirmed that the fingerprint taken and recorded on the Warrant of Removal/Deportation executed on or about October 15, 2024, when O'ROURKE was previously removed from the United States, matched the fingerprint taken of the individual arrested on or about February 18, 2025, under the name John Casey, by the Bridgeport Police Department.

## CONCLUSION

19.     Based on the foregoing facts, there is probable cause to believe, and I do believe, that O'ROURKE, an alien who was previously removed from the United States, illegally reentered and was found in the United States in the District of Connecticut on or about February 18, 2025, without the express consent of the Attorney General or the Secretary of the Department of Homeland Security, in violation of 8 U.S.C. § 1326(a).

GEOFFREY
M GOODWIN
Digitally signed by
GEOFFREY M GOODWIN
Date: 2026.03.04 12:07:38
-05'00'

Geoffrey Goodwin, Special Agent
Homeland Security Investigations

The truth of the foregoing affidavit has been attested to me by Geoffrey Goodwin over Teams on this 4th day of March, 2026, at New Haven, Connecticut.

Robert M
Spector
Digitally signed by Robert M
Spector
Date: 2026.03.04 14:55:03
-05'00'

HON. ROBERT M. SPECTOR
UNITED STATES MAGISTRATE JUDGE